LODGED       FILED

2014 OCT -7 PM 1:41       2014 OCT 15 PM 4:54

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CAPITALIST MASTER GROUP, LLC | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | EDCV14-02065 |
| v. | |
| JACOB FLORES | ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE |
| DEFENDANT(S). | |

IT IS ORDERED that the complaint may be filed without prepayment of the filing fee.

Further proceedings in this matter are subject to the orders of the Judge to whom the case is assigned.

_____        _____
Date                                              United States Magistrate Judge

---

**IT IS RECOMMENDED** that the request of plaintiff/petitioner to file the action without prepayment of the filing fee be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency        ☒ District Court lacks jurisdiction
☐ Legally and/or factually patently frivolous    ☐ Immunity as to _____
☒ Other: _See Order Remanding Case to State Court filed herewith._

Comments:

10/8/14        _/s/_
Date          United States Magistrate Judge

---

IT IS ORDERED that the request of plaintiff to file the action without prepayment of the filing fee is:
☐ GRANTED        ☒ DENIED (See comments above).

10/10/14        _/s/_
Date          United States District Judge

CV-73A (01/10)        ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE